UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JUSTIN JERSEY,

        Defendant.

1:21-mj-30569
Judge: Morris, Patricia T.
Filed: 12-02-2021

No. 21-cr-00035

GOVERNMENT'S PETITION FOR REMOVAL
OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5 of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order holding defendant Justin Jersey to answer to charges pending in another federal district, and states:

1. On December 2, 2021, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the District of Columbia based on an Indictment. Defendant is charged in that district with assaulting, resisting, or impeding certain officers using a dangerous weapon, in violation of 18 U.S.C. §§ 111(a)(1) and (b); civil disorder, in violation of 18 U.S.C. § 231(a)(3); entering and remaining in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(1); disorderly and disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2); engaging in physical violence in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(4);

and violent entry and disorderly conduct in a capitol building or grounds, in violation of 40 U.S.C. § 5104(e)(2)(F).

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant described in Paragraph One above. See Fed. R. Crim. P. 5(c)(3).

WHEREFORE, the government requests this Court to conduct removal proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                        Respectfully submitted,

                        SAIMA S. MOHSIN
                        Acting United States Attorney

Date: December 2, 2021

                        s/ ANTHONY P. VANCE
                        Assistant U.S. Attorney
                        600 Church Street
                        Flint, MI 48502-1280
                        (810) 766-5177