UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                Plaintiff,            CASE NO: 21-CR-00035

v.                             HON. EMMET G. SULLIVAN
                                 United States District Judge
JUSTIN JERSEY,

                Defendant.

---

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

    I, Justin Jersey, defendant in the above-entitled cause, hereby acknowledge

that I have received a copy of the indictment in this cause prior to pleading thereto,

and I have read the same and understand its contents.  I waive its being read aloud

in open Court.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Counts 9 & 13**:    Imprisonment for a maximum of 20 years, to be followed
by a term of supervised release of up to 3 years, and/or a
fine of not more than $250,000.

**Count 14:**    Imprisonment for a maximum of 5 years, to be followed
by a term of supervised release of up to 3 years, and/or a
fine of not more than $250,000.

**Counts 18 - 20**:    Imprisonment for a maximum of 10 years, to be followed
by a term of supervised release of up to 3 years, and/or a
fine of not more than $250,000.

1

**Count 24**:          Imprisonment for a maximum of 6 months and/or a fine of not more than $5,000.

Dated: 2-2-21

_____
JUSTIN JERSEY
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated:_____

_____
Attorney for Defendant